IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD NATTRESS, | ) | 4:08CV3237 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DR. CASEBOLT, and R.N. JANE DOE, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On December 16, 2008, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to inform the court of his current address. (Filing No. 8.) In its Memorandum and Order, the court cautioned Plaintiff that failure to show cause or to update his address by January 16, 2009, would result in dismissal without further notice. (*Id.*)

Plaintiff has not responded to this court's previous Memorandum and Order nor has Plaintiff updated his address with the court. This case is therefore dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to respond to the court's December 16, 2008, Memorandum and Order requiring that he provide the court with a current address. This action is therefore dismissed without prejudice and all pending motions are denied as moot.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

February 23, 2009.    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge